# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEITH TROSCLAIR

NO. 2025 KW 0584

**SEPTEMBER 23, 2025**

---

In Re:  Keith Trosclair, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 573126.

---

**BEFORE:  McCLENDON, C.J., EDWARDS AND FIELDS, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the district court's August 7, 2024, ruling on the application for postconviction relief and the court's reasons for its ruling, if any, the bill of information, all pertinent minute entries and/or transcripts, in particular a complete copy of the minute entries from relator's trial, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Relator may file a new writ application without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

BDE
WEF

**McClendon, C.J.,** concurs and would deny the writ application.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT